FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2007

at 4 o'clock and 40 min P M
SUE BEITIA, CLERK

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>03-00535SOM-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>CR07-202 RSM |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br><br>CLYDE MATSUOKA | DISTRICT<br><br>District of Hawaii | DIVISION<br><br>Honolulu | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Susan Oki Mollway | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/20/2005 | TO<br>10/19/2008 |

OFFENSE

<u>Count 1 to 5:</u>  Bank Fraud, in violation of 18 U.S.C. § 1344, a Class B felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Washington</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MAY 2 3 2007
_____
Date

_____
Susan Oki Mollway
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Washington

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 4, 2007
_____
Effective Date

_____
United States District Judge