CORRESPONDENCE

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST LOBBY LEVEL
SEATTLE, WASHINGTON 98101

June 5, 2007

Walter A.Y.H. Chinn
Clerk
United States District Court
C-338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0338

**RECEIVED**
CLERK U.S. DISTRICT COURT
JUN 1 2 2007
4:40p
DISTRICT OF HAWAII

RE:  **Probation Jurisdiction Transfer of Clyde Kazuo Matsuoka**
     Our Case CR07-202RSM
     Your Case 03-00535SOM-01

Dear Mr. Chinn:

Enclosed please find an **original** signed order accepting the jurisdiction transfer of defendant **Clyde Kazuo Matsuoka** to the Western District of Washington. Would you please forward **certified** copies of the Indictment/Information, Judgment and Commitment Order and docket sheet on this individual so that we may statistically terminate our file?

Additionally, please forward copies of the payment history and, if restitution is involved, names and addresses of victims.

Sincerely,

BRUCE RIFKIN, Clerk

*Lois Gamble Duncan*
By Lois Gamble Duncan

Enclosures

cc:  USPO
     file