## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 26, 2007

Office of the Clerk
United States District Court
Western District of Washington
700 Stewart St, Lobby Level
Seattle, WA 98101

    RE:    TRANSFER OF JURISDICTION, PROB 22
            USDC HI Case No. CR 03-00535 SOM-01
            USA Vs. Clyde Matsuoka
            Your case number: CR 07-202RSM

Dear Sir,

    Pursuant to the Order Transferring Jurisdiction, enclosed are the following certified documents: Superseding Information, Judgment, Prob 22 - Transfer of Jurisdiction and docket sheet.

    Please acknowledge receipt on the copy of this letter and return.

Sincerely,

Sue Beitia, Clerk

By: *[signature]*
       Deputy Clerk

encl.
cc: US Probation, Honolulu, HI

*******************************************************************

Receipt is acknowledged by:

By: _____ Clerk, US District Court, Western District of Washington

Date: _____